FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVA T.[1],

Plaintiff,

v.

FRANK BISIGNANO[2],
Commissioner of Social Security,

Defendant.

NO. 1:24-cv-03185-RLP

ORDER ON STIPULATED MOTION FOR REMAND

---

[1] Plaintiff's first name and last initial are used to protect her privacy.

[2] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Rules of Civil Procedure, Frank Bisignano is substituted as the Defendant in this suit.

ORDER ON STIPULATED MOTION FOR REMAND * 1

On July 2, 2025, the parties filed a Stipulated Motion for Remand, ECF No. 16, for a new hearing and decision by an administrative law judge. This motion was submitted for consideration without oral argument. The Court finds that good cause exists to grant the stipulated motion.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Remand, ECF No. 16, is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the administrative law judge is instructed to:

   - Further evaluate the nature, severity and limiting effects of Plaintiff's physical impairments;

   - Further consider Plaintiff's alleged symptoms pursuant to Social Security Ruling 16-3p;

   - Reevaluate Plaintiff's residual functional capacity taking into account all of the opinion evidence and other evidence of record;

   - Offer Plaintiff an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

2. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

3. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

4. The Clerk of Court is directed to enter **JUDGMENT** in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

DATED July 2, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATED MOTION FOR REMAND * 3