AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 02, 2025**

SEAN F. McAVOY, CLERK

EVA T.

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

*Defendant*

Civil Action No. 1:24-cv-03185-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Remand, ECF No. 16, is GRANTED. This case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.
Pursuant to the Order filed at ECF No. 17, Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell .

Date: 7/2/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza